UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

---

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The defense today filed a letter-brief that (1) replies to the Government's opposition to the defense's motion to vacate and (2) moves for the Court's recusal. Dkt. 233. The sole remaining submission to be made is the Government's response to the recusal motion. In light of the brief extension granted to the defense for its submission, the Court extends by similar length the deadline for the Government's response, which is now due Tuesday, June 29, 2021. For avoidance of doubt, no further submissions by either party on either subject are authorized.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 21, 2021
        New York, New York