Criminal Notice of Appeal - Form A

## NOTICE OF APPEAL

United States District Court

Southern District of New York

UNITED STATES

v.

TEMAN

Docket No.: 1:19-cr-696-PAE-1

Judge Paul A Engelmayer

Notice is hereby given that ARI TEMAN appeals to the United States Court of Appeals for the Second Circuit from the ORDER denying his Rule 33 motions (Dkt 415) entered in this action on January 25, 2024.

This appeal concerns: Conviction only [___]   Sentence only [___]   Conviction & Sentence [___]   Other [X]

Defendant found guilty by plea [___] trial [X] N/A [ · ].

Offense occurred after November 1, 1987? Yes [X]   No [___]   N/A [___]

Date of sentence: July 28, 2021 N/A [___]

Bail/Jail Disposition: Committed [X]   Not committed [___]   N/A [___]

Appellant is represented by counsel? Yes [X] No [___]   If yes, provide the following information:

Defendant's Counsel: Eden P. Quainton, Quainton Law, PLLC

Counsel's Address: 2 Park Ave., 20th Floor, New York, NY 10016

Counsel's Phone: 212-419-0575

Assistant U.S. Attorney: Jacon Harris Gutwillig, United States Attorney's Office, SDNY

AUSA's Address: One Saint Andrew's Plaza, New York, NY 10007

AUSA's Phone: 212-637-2215

Eden P. Quainton

*Handwritten margin notes: 2/7/24 AF; $605.00; Receipt: 26122*

*Filed stamp: 2024 FEB -7 PM 4:19 U.S. DISTRICT COURT S.D. OF N.Y.*

# U.S. District Court

## New York Southern - Manhattan

ARI TEMAN

Receipt Date: Feb 7, 2024 4:18PM

Rcpt. No: 26122      Trans. Date: Feb 7, 2024 4:18PM      Cashier ID: #AF

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $605.00 |

Total Due Prior to Payment: $605.00

Total Tendered: $605.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments:** 19CR696 PAE

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.