UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19-CR-696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Defendant Ari Teman, through counsel, has filed a motion for reconsideration of the Court's denial of his application for compassionate release, Dkt. 417, and a declaration attaching materials in support, Dkt. 418. The Court directs the Government to respond. The Government's response is due **February 22, 2024**.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 8, 2024
       New York, New York