UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19 Cr. 696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Over the weekend, the Court has received emails from the father of defendant Ari Teman, and attaching written communications from Teman. These allege various improprieties at FCI Miami, including systematic discrimination against Jewish inmates and denial of access to counsel. The Court is not in a position to evaluate whether there is any merit to these claims. As stated in the Court's most recent orders, Teman is presently represented by several counsel, and the Court expects any requests for relief to be made by Teman's counsel, and will respond only to claims by counsel. One of these counsel, Eden Quainton, Esq., was copied on this weekend's emails. *See* Dkts. 438, 440. Prior to any relief being sought by counsel, the Court expects that Teman's counsel will evaluate and investigate Teman's allegations. If there appears to be a factual basis for the claim that Teman's rights have been violated, the Court expects that Teman's counsel, before moving for relief, will ask the Government promptly to inquire of and intercede with the Bureau of Prisons, a component of the Department of Justice, in the hope that such actions will secure appropriate relief.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 8, 2024
       New York, New York