UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19 Cr. 696 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Notwithstanding the Court's repeated admonitions that it will not act upon *pro se* submissions by defendant Ari Teman in light of Teman's representation by multiple counsel in this matter, *see* Dkt. 438, 440, 441, the Court today received another email from Teman's father, attaching a letter from Teman addressing his medical needs. Shortly thereafter, Teman's counsel, Eden P. Quainton, Esq., emailed the Court to state that he did not have foreknowledge that Teman's father would contact the Court, that he (Quainton) is in the process of investigating and evaluating the concerns that Teman has sought to raise, and that he has "tried to make clear that any communications should come through counsel as your Honor has instructed."

The Court thanks Mr. Quainton for this welcome clarification.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 9, 2024
New York, New York