UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ARI TEMAN,

Defendant.

19 Cr. 696 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court received a new, counseled, motion for compassionate release from defendant Ari Teman. Dkt. 444. The Court directs the Government to respond by Friday, April 26, 2024, but, in all events, by Monday, April 29, 2024. The defense's reply is due Friday, May 3, 2024.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 22, 2024
       New York, New York